(October 25, 1967)

In the Matter of ANNA BILLIE, Respondent, v. JOHN BILLIE, Appellant.

Christ, Acting P. J., Brennan, Rabin, Hopkins and Munder, JJ., concur.

(October 30, 1967)

In the Matter of EDWARD A. QUIMBY, an Attorney, Respondent. BROOKLYN BAR ASSOCIATION, Petitioner.

Beldock, P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.